**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM R. KASTNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 26-309 |
| | ) |
| FIRST STUDENT, INC., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER OF COURT</u>**

AND NOW, this 2nd day of March, 2026, upon consideration of the Partial Motion to

Dismiss and supporting brief filed by Defendant First Student, Inc., (Docket Nos. 4, 5), which do

not include a meet and confer certification stating that "the moving party has made good faith

efforts to confer with the nonmovant(s) to determine whether the identified pleading deficiencies

properly may be cured by amendment," as is required under this Court's Practices and

Procedures and the Court's standard Rule 12(b) Order, *see*

https://www.pawd.uscourts.gov/sites/pawd/files/Fischer_Practices_Procedures_2_16_22.pdf

(effective 2/16/22) ("The Court requires that <u>**all**</u> discovery motions, motions in limine, and

motions filed under Federal Rule of Civil Procedure 12 must be accompanied by a certificate of

conferral . . . Counsel shall <u>meet</u> and <u>confer</u> in an effort to resolve their disputes prior to filing

such motions."),

IT IS HEREBY ORDERED that Defendant's Motion [4] is DENIED, without prejudice;

and,

IT IS FURTHER ORDERED that counsel for the parties shall meet and confer and file a

1

Status Report with the Court by **March 16, 2026**.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:     All counsel of record

cc:         Christopher A. Papa, Esq.
chris@christopherpapa.com
(Via electronic mail)