## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM R. KASTNER,              )
                                 )
Plaintiff,                  )
                                 )
       v.                     )    Civil Action No. 26-309
                                 )    Judge Nora Barry Fischer
FIRST STUDENT, INC.,         )
                                 )
Defendant.             )

### ORDER OF COURT

AND NOW, this 18th day of March, 2026, upon consideration of the Status Report filed by Defendant First Student, Inc. on March 16, 2026, (Docket No. 12), and the Court's Order of March 16, 2026 directing counsel for both parties to meet and confer and file a Joint Status Report by March 25, 2026, (Docket No. 13),

IT IS HEREBY ORDERED that a Status Conference is set for **Friday, March 27, 2026 at 9:30 a.m.** before Judge Nora Barry Fischer in Courtroom 5B, Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219.  Lead trial counsel shall appear in person.

                               *s/Nora Barry Fischer*
                               Nora Barry Fischer
                               Senior United States District Judge

cc/ecf:       All counsel of record.

cc:            Christopher Papa, Esq.
               318 Highland Ave.
               New Castle, PA 16101
               chris@christopherpapa.com
               (by first class mail and email)