**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM R. KASTNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-309 |
| | ) | |
| FIRST STUDENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 26th day of May, 2026, upon consideration of Plaintiff William R. Kastner's Motion to Reopen the Case, (Docket No. 20), and Defendant First Student, Inc.'s Motion for Sanctions, (Docket No. 21), and the parties' briefing thereon, (Docket Nos. 22, 26, 27), and the arguments of counsel at the oral argument held on this date,

IT IS HEREBY ORDERED that the transcript of the proceedings shall be filed by **June 26, 2026**, with the costs to be borne by Plaintiff's counsel.

IT IS FURTHER ORDERED that Defendant shall file an updated declaration in support of its Motion for Sanctions to include the attorneys' fees and costs Defendant incurred after the March 27, 2026 in-person status conference by **June 2, 2026**.

IT IS FURTHER ORDERED that the Court will take these matters under advisement upon receipt of the transcript and the above referenced document.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:  All counsel of record.

1

cc:     Christopher Papa, Esq.
chris@christopherpapa.com
(Via electronic mail)