**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM R. KASTNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-309 |
| | ) | |
| FIRST STUDENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER OF COURT</u>**

AND NOW, this 5th day of June, 2026, upon consideration of Defendant First Student, Inc.'s Motion for Sanctions and the declaration of Attorney Shannon Huygens attached thereto, (Docket Nos. 21, 21-1), and the Court's Order dated May 26, 2026 granting defense counsel leave to submit an updated declaration in support of Defendant's motion in order to include the additional attorneys' fees and costs it had incurred up to that point, (Docket No. 29), the updated declaration of Attorney Huygens filed on June 1, 2026 averring that her time for this matter from May 1, 2026 through May 28, 2026 totaled $2,592.50, (Docket No. 30), and the copy of an email chain attached thereto in support of the amount claimed for the month of May in the absence of a billing record which had not yet been generated at that point, (Docket No. 30-3),

IT IS HEREBY ORDERED that Defendant shall supplement its updated declaration filed on June 1, 2026 with a redacted copy of Attorney Huygens' billing record for the month of May 2026 reflecting the claimed amount of $2,592.50 by **<u>June 12, 2026</u>**.

           *s/Nora Barry Fischer*
           Nora Barry Fischer
           Senior U.S. District Judge

1

cc/ecf:      All counsel of record.
cc:         Christopher Papa, Esq.
           chris@christopherpapa.com
           (Via electronic mail)