**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM R. KASTNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 26-309 |
| | ) | Judge Nora Barry Fischer |
| FIRST STUDENT, INC., | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 13th day of November, 2026, upon consideration of Plaintiff William R. Kastner's First Amended Complaint, (Docket No. 45), and Second Amended Complaint, (Docket No. 51), and the Court finding that the Exhibits attached thereto include unredacted personal identifiers in violation of Local Rule 5.2.D. as well as photographs of minor children which Defendant correctly redacted in the attachments to the initial Complaint upon removal of this case from the Court of Common Pleas of Lawrence County "in order to protect the identity of the minor students," (Docket No. 1 at ¶ 1),

IT IS HEREBY ORDERED that the Clerk of Court shall remove Exhibits C, D, and H to the First Amended Complaint, (Docket Nos. 45-4; 45-5; and 45-9), and Exhibits A, F, and J to the Second Amended Complaint, (Docket Nos. 51-2; 51-7; and 51-11) from public view and maintain them under seal; and,

IT IS FURTHER ORDERED that to the extent that either party files a document on the Electronic Filing System, the Court reminds the parties of their obligation to redact personal identifiers and other materials in accordance with the Local Rules and the ECF Policies and Procedures of the U.S. District Court for the Western District of Pennsylvania. *See* W.D. Pa. LCvR

5.2.D ("A filed document in a case (other than a social security case) shall not contain any of the personal data identifiers listed in this rule unless permitted by an order of the Court or unless redacted in conformity with this rule[,]" which include Social Security Numbers; names of minor children; dates of birth; and financial account numbers); *see also* ECF Policies and Procedures at 14.1 (explaining that parties must comply with Local Rule 5.2.D and that "[i]n addition, caution must be exercised when filing documents that contain the following 1) Personal identifying number, such as a driver's license number; 2) medical records, treatments and diagnosis; 3) employment history; 4) individual financial information[.]").

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior United States District Judge

cc/ecf: All counsel of record